**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 11-08714 JGB (RZx)                                    Date: February 11, 2013

Title:        SHAGENE OVSEPYAN -v- ONEWEST BANK
================================================================
PRESENT:        HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE


PROCEEDINGS:        ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED AGAINST PLAINTIFF'S COUNSEL FOR FAILURE TO APPEAR (IN CHAMBERS)

     By Order of February 6, 2013, the Court set a Scheduling Conference in this matter for 2:00 PM on February 11, 2013.  (Doc. No. 43.)  In violation of Local Rule 16-13, Plaintiff's counsel failed to attend the conference.  The Court issues an order to show cause why Plaintiff's counsel, Arshak Bartoumian, should not be sanctioned in the amount of $500 for his failure to appear at the Court-ordered scheduling conference set on this date.  Plaintiff's counsel shall respond in writing to the order to show cause no later than February 25, 2013.  Plaintiff's failure to respond may result in termination of this case.


     **IT IS SO ORDERED.**


MINUTES FORM 11                                            Initials of Deputy Clerk   MG
CIVIL -- GEN                                Page 1