1
 2
 3                              JS - 6
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  SHAGANE OVSEPYAN,          )   Case No.
                               )   CV 11-08714 JGB(RZx)
12           Plaintiff,        )
                               )   **JUDGMENT**
13       v.                    )
                               )
14  ONE WEST BANK,             )
                               )
15           Defendant.        )
16  _____)
17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
19       Pursuant to the Order filed herewith, IT IS ORDERED
20  AND ADJUDGED that Plaintiff's First Amended Complaint is
21  DISMISSED WITHOUT PREJUDICE.  The Court orders that such
22  judgment be entered.
23
24
25  Dated:  March 12, 2013    _____
26                                   JESUS G. BERNAL
                                 United States District Judge
27
28